# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 27, 2025

## NO. 03-25-00068-CV

**Fort Apache Energy, Inc., Appellant**

**v.**

**Trivista Oil Company LLC and Trivista Operating LLC, Appellees**

**APPEAL FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE THEOFANIS**

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.